### B. D. JOHNSON v. J. F. MURPHY ET AL.

#### (Filed 12 March, 1924.)

APPEAL by defendants from *Grady, J.,* at August Term, 1923, of DUPLIN.

*George R. Ward* for plaintiff.
*Oscar B. Turner* for defendants.

PER CURIAM. For the reasons given in *Johnson v. Murphy et al., ante,* 384, the judgment is reversed and the cause remanded for additional facts.

Reversed and remanded.